AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

Twin City Fire Insurance Company )
*Plaintiff* )
v. ) Civil Action No. 20-CV-1065
Alcast Company et al )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** the Court finds that the policy Contract Exclusion cited by Twin City does not apply to defeat coverage for this claim. The Court has previously found that the attorney's fees in this case are a covered "loss", and that Twin City has a duty to defend Alcast and pay 100% of the attorney's fees incurred on behalf of Alcast only; and to pay the attorney's fees incurred for the benefit of Alcast and others. The Court finds that the policy requires an allocation where a matter involves both covered and non-covered loss. It finds that Twin City must pay 37.91% of the attorney's fees which inure to the benefit of Alcast and others and must indemnify Alcast if any coverage remains after payment of defense costs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☑ tried by Judge James E. Shadid _____ without a jury and the above decision was reached.

☐ decided by Judge _____

Date: 5/1/2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

approved by JES