## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TWIN CITY FIRE INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | ) Case No.: 20-cv-1065-JES-JEH |
| v. | )<br>) Honorable James E. Shadid |
| ALCAST COMPANY, BRIAN HOLT, and STEPHEN WESSELS, | )<br>)<br>) |
| Defendants. | |

### NOTICE OF APPEAL OF
### TWIN CITY FIRE INSURANCE COMPANY

NOW COMES the Plaintiff, Twin City Fire Insurance Company, through its attorneys, Michael J. Duffy and Daniel E. Tranen of Wilson Elser Moskowitz Edelman & Dicker, LLP, and appeals to the U.S. Court of Appeals for the Seventh Circuit from the final judgment entered on May 1, 2023 [ECF No. 96].

Respectfully Submitted,

By:    /s/ *Michael J. Duffy*
       One of the Attorneys for
       Twin City Fire Insurance Company

Michael J. Duffy
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
55 West Monroe Street - Suite 3800
Chicago, IL 60603
Tel: (312) 704-0550
Email: michael.duffy@wilsonelser.com

Daniel E. Tranen
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
7777 Bonhomme Avenue – Suite 1900
St. Louis, MO 63105
Tel: (314) 930-2860
Email: daniel.tranen@wilsonelser.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 26, 2023, I electronically filed the foregoing document(s) with the Clerk of the U.S. District Court using the CM/ECF system which will send notification of such filing to all parties of record in this case by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      By:    */s/ Michael J. Duffy*
                One of the Attorneys for
                Twin City Fire Insurance Company

Michael J. Duffy
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
55 West Monroe Street - Suite 3800
Chicago, IL 60603
Tel: (312) 704-0550
Email: michael.duffy@wilsonelser.com

Daniel E. Tranen
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
7777 Bonhomme Avenue – Suite 1900
St. Louis, MO 63105
Tel: (314) 930-2860
Email: daniel.tranen@wilsonelser.com