UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TWIN CITY FIRE INSURANCE COMPANY,

        Plaintiff,

v.

ALCAST COMPANY,

        Defendant.

Case No. 1:20-cv-01065 -JES-JEH

Hon. James E. Shadid

| | |
|---|---|
| Michael John Duffy<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>Attorneys for Plaintiff<br>55 W Monroe Street, Suite 3800<br>Chicago, IL 60603-5016<br>312-821-6123<br>michael.duffy@wilsonelser.com | D. Andrew Portinga (P55804)<br>Neil J. Marchand (P73118)<br>Amanda Rauh-Bieri (P83615)<br>Miller Johnson<br>Attorneys for Defendant<br>45 Ottawa Avenue SW, Suite 1100<br>Grand Rapids, MI  49503<br>(616) 831-1700<br>portingaa@millerjohnson.com<br>marchandn@millerjohnson.com<br>rauhbieria@millerjohnson.com |

## Notice of Settlement

The parties hereby give notice that this case has settled. The parties anticipate filing closing documents within 30 days of the date of this notice.

| | |
|---|---|
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br>*Attorneys for Plaintiff*<br><br>By:  /s/ Michael John Duffy w/ permission<br>   Michael John Duffy<br>   55 W Monroe Street, Suite 3800<br>   Chicago, IL 60603-5016<br>   312-821-6123<br>   michael.duffy@wilsonelser.com<br>Dated: August 23, 2023 | MILLER JOHNSON<br>*Attorneys for Defendant*<br><br>By:  /s/ Neil J. Marchand<br>   D. Andrew Portinga (P55804)<br>   Neil J. Marchand (P73118)<br>   45 Ottawa Avenue SW, Suite 1100<br>   Grand Rapids, Michigan  49503<br>   (616) 831-1700<br>   portingaa@millerjohnson.com<br>   marchandn@millerjohnson.com<br>   rauhbieria@millerjohnson.com<br>Dated: August 23, 2023 |