# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CERTIFIED COPY**

September 18, 2023

*By the Court*:

| | |
|---|---|
| | TWIN CITY FIRE INSURANCE COMPANY, Plaintiff – Appellant |
| No. 23-2092 | v. |
| | ALCAST COMPANY, Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:20-cv-01065-JES-JEH Central District of Illinois District Judge James E. Shadid | |

Upon consideration of the **UNOPPOSED MOTION OF TWIN CITY FIRE INSURANCE COMPANY TO VOLUNTARILY DISMISS APPEAL PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 42(b)**, filed on September 18, 2023, by counsel for the appellant,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).